# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>) |
| Plaintiff, | ) Case No. 2:16-cv-01451-KJD-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| WESTTROP ASSOCIATION, et al., | )<br>) |
| Defendants. | ) |

Presently before the court is the law firm of Maier Gutierrez & Associates' motion to withdraw as attorneys of record and removal from CM/ECF service list (ECF No. 31), filed on June 20, 2017. In support of the motion, attorney Steven G. Knauss submits a declaration stating that Defendant T-Shack, Inc. terminated the firm's representation and requested that the case file be transferred to Luis A. Ayon of Ayon Law PLLC. (*Id.* at 2.) After the motion to withdraw was filed, Mr. Ayon filed a notice of appearance on behalf of T-Shack, Inc. (Notice of Appearance (ECF No. 32).) Given that T-Shack, Inc. is represented by Mr. Ayon, the court will grant the motion.

IT IS SO ORDERED.

DATED: June 27, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**