MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A., successor by
merger to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>WESTTROP ASSOCIATION; T-SHACK, INC.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01451-KJD-DJA<br><br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT AND ASSERT CLAIMS UNDER THE FEDERAL FORECLOSURE BAR** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a

Countrywide Home Loans Servicing, LP (**BANA**), defendant Westtrop Association (**Westtrop**), and

defendant T-Shack, Inc. (**T-Shack**) stipulate and agree as follows:

1.      On June 21, 2016, BANA filed its complaint against Westtrop and T-Shack for quiet

title/declaratory judgment, breach of NRS 116.1113, wrongful foreclosure and injunctive relief. [ECF

No. 1].

2.      On August 30, 2016, Westtrop filed its answer to the complaint. [ECF No. 18.]

3.      On November 1, 2016, T-Shack filed its answer to the complaint. [ECF No. 23.]

4.      On March 8, 2017, the Court entered a stay pending the final resolution of *Bourne Valley*

and *Saticoy Bay* certiorari proceedings before the United States Supreme Court. [EFC No. 30.]

1

49508259;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1      5.      The United States Supreme Court proceedings in *Bourne Valley* has concluded.

2      6.      The Nevada Supreme Court answered the certified question in case no. 72931 on

3  August 2, 2018.

4      7.      The Court entered an order lifting the stay on July 18, 2019.  [ECF No. 38.]

5      8.      The parties stipulate to allow BANA to file the amended complaint asserting claims

6  under the Federal Foreclosure Bar attached here as Exhibit A within 14 days of the order granting this

7  stipulation.

8  DATED: August 2, 2019.

9

| AKERMAN LLP | BOYACK ORME & TAYLOR |
|---|---|
| */s/ Jared M. Sechrist* | */s/ Patrick A. Orme* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar. No. 10439<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ.<br>Nevada Bar No. 7853<br>7432 W Sahara Ave. Ste. 101<br>Las Vegas, NV 89117 |
| *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for Westtrop Association* |
| AYON LAW | |
| */s/ Luis Ayon* | |
| LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Ste. 115<br>Las Vegas, Nevada 89148 | |
| *Attorneys for T-Shack, Inc.* | |

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
2:16-CV-01451-KJD-DJA

**DATED** : ___August 13, 2019___

2

49508259;1

**LIST OF EXHIBITS**

EXHIBIT A                          Amended Complaint

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49508259;1