MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>WESTTROP ASSOCIATION; T-SHACK, INC.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01451-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and T-Shack, Inc. (**T-Shack**) stipulate as follows:

T-Shack filed a motion to dismiss plaintiff's amended complaint on August 20, 2019. (ECF No. 47.) BANA's opposition to the motion is due on or before September 3, 2019. Local Rule 7-2(b). The parties stipulate to extending BANA's deadline to file an opposition to T-Shack's motion to dismiss by fourteen days or until September 17, 2019, to allow BANA adequate time to respond to the arguments contained in the motion.

///

///

1

49916133;1

This is the parties' first request for an extension of this deadline and it is not being made for the purpose of delay.

DATED: August 21, 2019.

| AKERMAN LLP | AYON LAW |
|---|---|
| */s/ Jared M. Sechrist*  <br>MELANIE D. MORGAN, ESQ.  <br>Nevada Bar No. 8215  <br>JARED M. SECHRIST, ESQ.  <br>Nevada Bar. No. 10439  <br>1635 Village Center Circle, Ste. 200  <br>Las Vegas, Nevada 89134  <br><br>*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | */s/ Luis Ayon*  <br>LUIS A. AYON, ESQ.  <br>Nevada Bar No. 9752  <br>8716 Spanish Ridge Avenue, Ste. 115  <br>Las Vegas, Nevada 89148  <br><br>*Attorneys for T-Shack, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

DATED: __August 23__, 2019.

UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-01451-KJD-DJA

49916133;1