LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant T-Shack, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTTROP ASSOCIATION; T-SHACK, INC.; NEVADA ASSOCAITION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-01451-KJD-DJA<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT T-SHACK, INC.** |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant, T-Shack, Inc., hereby moves this Court to substitute counsel. Defendant, T-Shack, Inc., has requested to substitute Christopher V. Yergensen, Esq., in place of AYON LAW, PLLC. Counsel has no objection to Mr. Yergensen representing Defendant's interest in this matter.

///

///

///

///

///

A representative of T-Shack, Inc., has signed a substitution counsel.  *See* **Exhibit A.**  Mr. Yergensen is aware of all the deadlines in this matter.  Accordingly, Defendant T-Shack, Inc., requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 19th day of September, 2019.

**AYON LAW, PLLC**

/s/ *Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148

## **ORDER**

IT IS SO ORDERED.

DATED this 20th day of September, 2019.

Daniel J. Albregts
United States Magistrate Judge

AYON LAW, PLLC
8716 Spanish Ridge Ave.
SUITE 115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT T-SHACK, INC.** was made on this 19th day of September, 2019, via the Court's CM/ECF system to all parties and counsel appearing in this case.

Melanie D. Morgan, Esq.
Jared M. Sechrist, Esq.
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Melanie.morgan@akerman.com
Jared.sechrist@akerman.com
*Attorneys for Bank of America*

Edward D. Boyack, Esq.
Patrick A. Orme, Esq.
BOYACK ORME & ANTHONY
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
patrick@boyacklaw.com
*Attorneys for Westtrop Association*

Christopher V. Yergensen, Esq.
395 Gatlinburg Court
Henderson, Nevada 89012
chrisyerg@gmail.com
*Attorney for Defendant T-Shack, Inc.*

　　　　　　　　　　　　/s/ *Coreene Drose*
　　　　　　　　　　　　An Employee of Ayon Law, PLLC

**EXHIBIT A**

Luis A. Ayon, Esq.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant T-Shack, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTTROP ASSOCIATION; T-SHACK, INC.; NEVADA ASSOCAITION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-01451-KJD-CWH<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT T-SHACK, INC.** |

Defendant, T-Shack, Inc. ("T-Shack"), hereby consent to the substitution of Christopher V. Yergensen, Esq., as its counsel in place and stead of Ayon Law, PLLC, in the above-captioned matter.

DATED this ___ day of September, 2019.

_____
Corporate Representative for T-Shack, Inc.

Luis A. Ayon, Esq., of the law office of Ayon Law, PLLC, does hereby consent to the substitution of Christopher V. Yergensen, Esq., to represent Defendant T-Shack, Inc., in the above-captioned matter, in his place and stead.

DATED this 19th day of September, 2019.

**AYON LAW, PLLC**

/s/ *Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148

Christopher V. Yergensen, Esq., does hereby agree to substitute in the place of Luis A. Ayon, Esq., of the law office of Ayon Law, PLLC, on behalf of Defendant T-Shack, Inc., in the above-captioned matter, in his place and stead.

DATED this 19th day of September, 2019.

/s/ *Christopher V. Yergensen*
CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012

AYON LAW, PLLC
8716 Spanish Ridge Ave.
SUITE 115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200