CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012
Telephone: (702) 303-4688
E-Mail: chrisyerg@gmail.com
*Attorney for Defendant*
*T-Shack, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>WESTTROP ASSOCIATION; T-SHACK, INC.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01451-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant, T-Shack, Inc. ("T-Shack") and Plaintiff, Bank of America, N.A. ("Bank of America"), by and through their respective counsel of record, respectfully submit this stipulation and order as follows:

1. Bank of America filed its Motion for Partial Summary Judgment on December 20, 2019 [ECF No. 62].

2. The deadline to file a response to the Motion for Partial Summary Judgment is January 10, 2020. Due to the schedule of counsel for T-Shack being out of town and in trial over the last few weeks, the Parties have agreed that the deadline for response be extended and moved five (5) days to **January 15, 2020**.

3. This is the first request for an extension of time to file a response to the motion for partial summary judgment. Counsel for T-Shack needs additional time to fully brief this matter, necessitating the extension of time. The Parties have entered into this agreement in good faith and not for the purpose of delay or prejudice to any party.

1

| | | |
|---|---|---|
| 1 | DATED this 10th day of January, 2020. | DATED this 10th day of January, 2020. |
| 2 | AKERMAN LLP | CHRISTOPHER V. YERGENSEN, ESQ. |

*/s/ Nicholas E. Belay*
Nicholas E. Belay, Esq.
Nevada Bar No. 15175
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
*Attorney for Plaintiff*

*/s/ Christopher V. Yergensen*
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, NV 89012
*Attorney for Defendant*

**IT IS SO ORDERED**.

Dated: 1/13/2020

_____
UNITED STATES DISTRICT JUDGE